UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60076-Civ-Zloch/Snow

JAMES K. FIANO,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JAMES K. FIANO, gives notice that the parties have reached a settlement and Plaintiff expects the parties will conclude the settlement process shortly and that the parties will file a joint dismissal with prejudice within 10 days.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60076-Civ-Zloch/Snow

JAMES K. FIANO,

   Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   Defendant.
_____/

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on March 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            s/Donald A. Yarbrough
            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Elizabeth Fite Blanco, Esq.
Sessions, Fishman & Nathan, LLP
Suite 300S
9009 Corporate Lake Drive
Tampa, FL 33634
Telephone: 813-890-2461
Facsimile: 813-889-9757

Via Notices of Electronic Filing generated by CM/ECF