UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60076-CIV-ZLOCH

JAMES K. FIANO,

    Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 12), filed herein by Plaintiff, James K. Fiano, and Defendant, Portfolio Recovery Associates, LLC. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice (DE 12) filed herein by the Plaintiff, James K. Fiano, and Defendant, Portfolio Recovery Associates, LLC, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own attorneys' fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Donald A. Yarbrough, Esq.
For Plaintiff

Elizabeth Fite Blanco, Esq.
For Defendant